# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Unification Technologies LLC,<br><br>Plaintiff,<br><br>v.<br><br>Silicon Motion Inc.,<br><br>Defendant. | Civil Action No. 2:23-cv-00266-JRG-RSP<br>(Lead Case)<br><br>Civil Action No. 2:23-cv-00267-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Unification Technologies LLC ("UTL") and Defendant Silicon Motion Inc. ("SMI") have resolved the matters in controversy between them and hereby stipulate to the dismissal of all claims in Civil Action No. 2:23-cv-00267-JRG-RSP, WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Further to their stipulation, UTL and SMI ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 14, 2024                                    Respectfully submitted,

*/s/ Edward R. Nelson III*
Edward R. Nelson III
State Bar No. 00797142
Robert A. Delafield II
State Bar No. 24065137
Nelson Bumgardner Conroy PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Tel: (817) 377-9111
ed@nelbum.com
bobby@nelbum.com

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim
State Bar No. 24081129
MRueckheim@winston.com
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

Ya-Chiao Chang
State Bar No. 24070992
ychang@winston.com

Jonathan H. Rastegar
State Bar No. 24064043
David T. DeZern
State Bar No. 24059677
Nelson Bumgardner Conroy PC
2727 N. Harwood St., Suite 250
Dallas, TX 75201
Tel: (817) 377-9111
jon@nelbum.com
david@nelbum.com

**ATTORNEYS FOR PLAINTIFF UNIFICATION TECHNOLOGIES LLC**

WINSTON & STRAWN LLP
28th Floor Jin Mao Building
88 Century Avenue
Shanghai 200121
China
Telephone +86-21-2208-2628
Facsimile +86-21-5298-5262

Evan D. Lewis
State Bar No. 24116670
edlewis@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston TX 77002
Telephone: (713) 651-2785
Facsimile: (713) 651-2700

Vivek Krishnan
(*pro hac vice* to be submitted)
vkrishnan@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago IL 60601
Telephone: (312) 558-9508
Facsimile: (312) 558-5700

**ATTORNEYS FOR DEFENDANT SILICON MOTION INC.**

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this joint stipulation.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 14, 2024.

*/s/ Edward R. Nelson III*